UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1979 (PAM/JGL)

PATRICE M. WINSTON,

Plaintiff,

v.

**PRETRIAL ORDER**

CONCORDIA CARE CENTER,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three to five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to March 1, 2001;

3. The party bearing the burden of proof shall disclose all expert witnesses, including reports, by June 1, 2001; the other party has 30 days following disclosure to identify its rebuttal expert and report; All expert witness depositions, if any, shall be completed by August 1, 2001;

4. The period during which the parties may seek discovery shall be completed by August 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to September 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to October 1, 2001; and

7. This case will be considered "ready for trial" as of December 1, 2001.

DATED: December 6, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED DEC 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK