UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patrice M. Winston,

Plaintiff,

vs.

Concordia Care Center, Inc.,

Defendant.

Case No.: 00-1979 PAM/JGL

**STIPULATION FOR DISMISSAL WITH PREJUDICE** and order

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel and pursuant to Rule 41 (a) (1) (ii) of the Federal Rules of Civil Procedure, that the above-entitled action and the same hereby is, dismissed with prejudice and on the merits, without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that the Court may forthwith enter judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: March 23, 2001

Michael Mobley (#0259639)
**THE MOBLEY LAW FIRM**
701 Fourth Avenue South
Suite #500
Minneapolis, Minnesota 55402

***Attorney for Plaintiff***

FILED APR 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 05 2001
DEPUTY CLERK

Dated: 3-30-01

John J. McDonald, Jr. (#136815)
Bradley J. Lindeman (#0298116)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendant Concordia Care Center***

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation of Dismissal With Prejudice entered into by the parties and upon Rule 41 (a) (1) (ii) of the Federal Rules of Civil Procedure and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: April 4, 2001

Judge Paul A. Magnuson
United States District Court