# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Patrice M. Winston

Plaintiff

v.

Concordia Care Center, Inc.

Defendants

Case No. Civil 00-1979 PAM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that action is dismissed with prejudice and on the merits, without cost to any of the parties hereof.

DATE: April 5, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk